**FILED**

June 14, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003560199

Justin T. Ryan, Esq. (SBN # 261672)
Law Offices of Justin T. Ryan
2534 State Street, Suite 404
San Diego, CA 92101
Telephone: (619) 822-2533
Facsimile: (619) 923-2543

Attorney for Plaintiff:
HERITAGE PACIFIC FINANCIAL, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

HERITAGE PACIFIC FINANCIAL, LLC,

      Plaintiff,

      v.

STEVEN RANDY PHILLIPS,

      Defendant,

Bankruptcy Case No. 10-62462

Adversary Case No. 10-01308

Docket Control No. JTR-3

DECLARATION OF BEN GANTER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

/

**Declaration of Ben Ganter in Support of Default Judgment**

I, Ben Ganter, declare as follows:

    1.    I am the Director of Client Relations for Heritage Pacific Financial, LLC dba Heritage Pacific Financial. I have personal knowledge of the facts stated herein. I am familiar with Heritage Pacific Financial's regular course of business and its operations within the secondary mortgage market. I participate in the purchase of mortgage notes on the secondary market on behalf of Plaintiff Heritage Pacific Financial.

2.     When purchasing loans on the secondary market, Heritage Pacific Financial relies upon the information provided on the loan application (otherwise referred to as the 1003 application or Uniform Residential Loan Application).

3.     When seeking to purchase a note on the secondary market, Heritage relies upon the income stated by the borrower, the borrower's assets and debts, occupation, and other real property as set forth on the 1003 application. The borrower signs an "Acknowledge and Agreement" representing to the lender, its agents, brokers, processors, attorneys, insurers, servicers, successors, and assigns that the information provided on this application is true and correct. See Exhibit A in support of Plaintiff's Motion for Default Judgment.

4.     By signing the "Acknowledge and Agreement" the borrower intends to make these representations to any subsequent note holders, like Heritage Pacific Financial. This acknowledge and agreement is an essential clause to which Heritage Pacific Financial relies on in purchasing notes.

5.     By relying upon the representations contained within the 1003 application, such as income, assets, occupation, and other properties, Heritage Pacific Financial assumes that even if the borrower defaults, Heritage Pacific Financial will able to collect on the note considering the amount of income the borrower has represented to make annually. In this case, Plaintiff relied upon the information as represented on the Defendant's loan application.

6.     Attached as Exhibit "A" is a true and correct copy of Defendant's Uniform Residential Loan Application, otherwise known as a 1003 Form, executed by Defendant, the original of which is maintained in the records of Heritage Pacific Financial in the ordinary course of its business.

7.     Attached as Exhibit "B" is a true and correct copy of the Promissory Note, executed by Defendant, the original of which is maintained in the records of Heritage Pacific Financial in the ordinary course of its business.

I declare under penalty of perjury that foregoing is true and correct. Executed on April 27, 2011 at Plano, Texas.

_____
Ben Ganter
Director of Client Relations
Heritage Pacific Financial, LLC